WILLIAM HEATH and JAMES M. ELLIS, *Appellants, v.* CORNELIUS A. MAHONEY, *Respondent.* — Motion for a new trial denied. Judgment ordered for defendant on verdict. Opinion by DAVIS, P. J.

GEORGE C. WETMORE, *Respondent, v.* B. A. HEGEMAN, *Executor, etc., Appellant.* — Judgment affirmed, with costs. Opinion by BRADY, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* HENRY MURRAY and the said HENRY MURRAY, *Respondents, v.* JAMES E. COULTER, *Appellant.*—Order affirmed, without costs. Opinion *Per Curiam.*

JOHN B. THOMPSON, *Appellant, v.* WILLIAM M. PRITCHARD and JOHN LEE SMITH, *Respondents.* — Appeal dismissed, with costs. Opinion by BRADY, J.

ROSWELL A. ROBERTS and AUGUSTUS T. POST, *as Executors, etc., Appellants, v.* S. CHITTENDEN and others, *Respondents.* — Judgment affirmed. Opinion by DAVIS, P. J.

BENJAMIN T. BABBITT, *Respondent, v.* EDWIN H. CRAMPTON, *Appellant.*— Order reversed ; order to be entered as directed in opinion ; order to be settled on two days notice before Mr. Justice BRADY. Opinion by BRADY, J.

HENRY F. VOESSING and others, *Appellants, v.* CLEMENTINA VOESSING and others, *Respondents.* — Judgment affirmed, with costs. Opinion by DAVIS, P. J.

JOHN PERCY, *Appellant, v.* JAMES WOOD, *Respondent.* — Judgment affirmed. Opinion by DAVIS, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM H. BARNES, *v.* JAMES R. ANGEL, Justice, and WILLIAM TAYLOR. — Proceedings reversed, with costs. Opinion by BRADY, J.

ELIZABETH C. MERCHANT, *as Executrix, etc., Appellant, v.* FREDERICK OPPERMAN, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

EMMA S. FALKLAND, *Appellant, v.* ST. NICHOLAS NATIONAL BANK, *Respondent.* — Order affirmed, without costs. Opinion by DAVIS, P. J.

MARIA LUCRECIA DE RIVAS and others, *Appellants, v.* ANA RIVAS DE HERQUES and CARLOS MARTI, *as Executors, etc., Respondents.* — Order modified as directed in opinion. Opinion by DAVIS, P. J.